# EXHIBIT A

*Homeland Security Investigations*
*Office of the Resident Agent in Charge*

308 West 21st Street, #5
Cheyenne, Wyoming 82001



# Homeland Security

March 27, 2014

Dr. Robert M. Lavinsky
4502 Shinnecock Hills Circle
Garland, Texas 75044

Re: Possession of Smuggled Paleontological Artifact(s)

Dear Dr. Lavinsky,

This letter serves to notify you that U.S. Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) has determined you imported or caused to be imported, and/or purchased, obtained, or otherwise acquired one or more prohibited fossils of Chinese or Mongolian origin that were imported into the United States in violation of law. The specific United States laws violated may include, but are not limited to, one or more of the following sections of law: 18 U.S. Code (USC) § 371 (Conspiracy), 18 USC §§ 541, 542, 543, and 545 (Customs Smuggling), and/or 18 USC §§ 2314 and 2315 (National Stolen Property Act). Under U.S. law, generally, paleontological artifacts of Mongolian origin are considered to be stolen property and vertebrate paleontological artifacts of Chinese origin are considered to be stolen property.

Investigating the loss or looting of cultural heritage properties and returning them to their countries of origin are an important part of HSI's mission. As such, HSI intends to make every effort to recover the stolen artifacts and return them to their rightful owners. HSI will exercise every legal remedy available to recover these items, including the utilization of search and seizure warrants and other legal processes.

At this time, HSI is seeking cooperation from individuals who may possess such stolen artifacts and requests that you contact the HSI special agent listed below to make arrangements for an interview and relinquishment of the stolen property to HSI. HSI does not consider you to be a target of the investigation. HSI considers you to be a potential witness and a possible victim of a scheme to sell stolen and smuggled fossils. In an effort to recover and return stolen artifacts, HSI is also seeking your cooperation in providing evidence or testimony in furtherance of its investigation into these criminal activities.

In lieu of HSI filing formal legal proceedings against the stolen artifact(s), you may complete the enclosed Abandonment Form, relinquishing any and all rights to the stolen property. Please retain and safeguard all of the stolen property and send the completed Abandonment Form to the below listed address. An HSI special agent will then make arrangements with you to recover the stolen artifact(s). Additionally, if you have sold, gifted, or otherwise transferred possession of any/all stolen artifact(s) prior to the receipt of this letter, please provide HSI with the details of the transaction, to include the name and address of the recipient, the date, sale price, and other details of the transaction.

Dr. Robert M. Lavinsky
Page 2

Please be cognizant of the fact that although you are not a target of investigation at this time, this letter serves to notify you that pursuant to the National Stolen Property Act, 18 USC § 2315, any other attempt to conceal, sell, transfer or otherwise dispose of the stolen artifact(s) may be a violation of U.S. law.

Should you fail to respond to this notification and fail to relinquish all stolen artifact(s) the U.S. government will initiate legal action to compel the production of and/or seizure and forfeiture of the stolen artifacts.

Please contact Special Agent (SA) James Hasskamp within seven business days of receipt of this notification to arrange for transfer of the stolen artifacts. SA James Hasskamp can be reached by any of the following means:

Homeland Security Investigations
Special Agent James Hasskamp
100 East B Street, Suite 4225
Post Office Box 44225
Casper, Wyoming 82602-4225
jim.hasskamp@dhs.gov
307-261-6564 (office)

If you believe yourself to be a victim, HSI will provide you with information regarding access to ICE victim assistance coordinators who will be able to provide additional information and services available under the law.

Sincerely,

*Buckley Thomas* (signature)

Buckley Thomas
Resident Agent in Charge

Enclosure:  DHS Form 4607 Notice of Abandonment and Instructions