# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DR. ROBERT M. LAVINSKY,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES, ON BEHALF OF ITS AGENCIES U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT AND HOMELAND SECURITY INVESTIGATIONS,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:25-CV-00703** |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 12, 2026, the Magistrate Judge entered a Report (Dkt. #25) recommending that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. #9) be granted, and that Plaintiff's case be dismissed without prejudice. On August 26, 2026, Plaintiff filed an objection to the Report (Dkt. #26).

Accordingly, having received the Report of the Magistrate Judge, Plaintiff's Objection (Dkt. #26), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. #9) is **GRANTED**, and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED this 17th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE